# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIN ELENA CAUSBIE GULLERS<br><br>Petitioner,<br>vs.<br>UNITED STATES OF AMERICA KARIN<br><br>Respondent. | CASE NO. 07cv2368 JM(WMc)<br><br>SCHEDULING ORDER |

Pursuant to 28 U.S.C. §2241, on or about December 18, 2007 Petitioner filed a second petition for writ of habeas corpus ("Petition") challenging Magistrate Judge Battalgia's order certifying Petitioner for extradition. On January 8, 2007 this court denied Petitioner's first petition for writ of habeas corpus in Civil No.06cv1659 JM. That order is currently on appeal.

Petitioner alleges that a second complaint for extradition was filed on September 7 ,2006 and that the second complaint was similar to the first complaint but "simply alleged additional victims." (Petition ¶5). Petitioner alleges that on December 18, 2006 Magistrate Judge Battaglia entered an order certifying Petitioner for extradition based upon the second complaint for extradition. Petitioner now challenges that second order. Upon preliminary review of the Petition:

1. **RESPONDENT IS ORDERED** to file an answer or other responsive pleading to the Motion. Respondent shall file the pleading no later than February 1, 2008. The answer shall include any and all transcripts or other documents relevant to

1  the determination of the issues presented in the Petition.

2      2. **RESPONDENT IS FURTHER ORDERED** to serve a copy of the pleading
3  upon the Petitioner concurrent with the filing of the pleading with the Court.

4      3. **IT IS FURTHER ORDERED** that if Petitioner wishes to reply to the
5  pleading, a traverse or other appropriate pleading must be filed and served no later than
6  February 15, 2008.

7      4. **IT IS FURTHER ORDERED** that the Clerk of Court shall serve a copy of
8  this order on the United States Attorney General or an authorized representative.

9      6. **IT IS FURTHER ORDERED** that this matter is calendared for oral
10 argument on February 22, 2008 at 1:30 p.m.

11     **IT IS SO ORDERED.**

12 DATED: January 2, 2008

13                                        Hon. Jeffrey T. Miller
14                                        United States District Judge

15 cc:       All parties