1  KAREN P. HEWITT
   United States Attorney
2  ROBERT CIAFFA
   Assistant United States Attorney
3  California State Bar No. 179432
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7045/(619) 557-7052 (fax)
   Email: robert.ciaffa@usdoj.gov
6

7  Attorneys for
   United States of America
8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11 KARIN ELENA CAUSBIE-GULLERS,    )    CASE NO.  07 CV 2368 JM WMc
                                   )
12              Petitioner,        )    Related Case No. 06mj1674-AJB
                                   )    Related Case No. 06cv1659-JTM
13         v.                      )
                                   )    **NOTICE OF APPEARANCE**
14 RAUL DAVID BEJARANO, United States )
   Marshal for the Southern District of )
15 California.                     )
                                   )
16              Respondent.        )
   _____  )
17

18 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

19         I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

20         I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

21         The following government attorneys (who are admitted to practice in this court or authorized to practice

22 under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF

23 purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

24         <u>Name</u> (If none, enter "None" below)

25         Robert Ciaffa

26

27

28

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive
2  any further Notice of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still
3  listed as active in this case in CM/ECF, please terminate this association):
4  <u>Name</u> (If none, enter "None" below)
5  NONE.
6  Please call me if you have any questions about this notice.
7  DATED: January 9, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney


    /s/ Robert Ciaffa
ROBERT CIAFFA
Assistant U.S. Attorney
Attorney for Respondent
United States of America
Email: robert.ciaffa@usdoj.gov