FORMA CG-1A



**CERTIFICATION.-** The undersigned Clerk of this Criminal Court, Mr. **EDGAR SALVADOR CASTRO, CERTIFIES AND ATTESTS:** That up to date the criminal action against **GEORGE WATTERWALD, KARIN WATTERWALD, and/or CAUSBIE GULLERS and JEFFREY MARK LIPPERT** has not prescribed, since was decreed for them Arrest Warrant for the crime of **FRAUD**; because it seems that by means of deceit and taking advantage of the mistake in which **MARIA ELIZABETH ARAMBULA DIAZ DE JANTZI and JORDON JERRY JANTZI LOBSINGER** were, in which case the possible penalty to impose is the one provided by Article 250 section III of the Code of Criminal Procedures for the State, which establishes from 4 four to 10 ten years of prison, which arithmetical mid term is of 7 years of prison, same that increased in 01 year 9 months, that is the fourth part more of that amount gives as result, for the prescription to operate 8 years, 9 nine months, which up to date has not elapsed, being valid the Arrest Warrant issued for **GEORGE WATTERWALD, KARIN WATTERWALD, and/or CAUSBIE GULLERS and JEFFREY MARK LIPPERT** for their probable responsibility in the commission of the crime of **FRAUD** committed in harm of **MARIA ELIZABETH ARAMBULA DIAZ DE JANTZI and JORDON JERRY JANTZI LOBSINGER.-** Criminal Court of the Second Judicial District of Chapala, Jalisco, January 30th, thirtieth, 2002 two thousand two.- SO BE IT.-

THE COURT CLERK
(signature)
EDGAR SALVADOR CASTRO