FORMA C G - 1 A



PROCURADURIA GENERAL
DE LA
REPUBLICA

CERTIFICATION.- The undersigned Clerk of the Criminal Court of the Second Judicial Party of the State, OSCAR MARTIN GONZALEZ ROMERO CERTIFIES AND ATTESTS: that up to now has not been executed the penal action against GEORGE WATTERWALD, KARIN WATTERWALD, CAUSBLE GULLERS and JEFFREY MARK LIPPERT, since it was filed an Arrest Warrant against him for the offense of FRAUD; because apparently with lies and taking advantage of the situation of BERNARD EVERET ADDY and his CODEFENDANTS, in which case the possible penalty to impose is the foreseen in the Article 250 section III of the Criminal Code for the State, which stipulates a period from 4 four to 10 ten years in prison, which arithmetical calculation is of 7 seven years, the same that increased in 1 one year 9 nine months it is a quarter more of this term get the result of 8 years and 9 nine months, that up to now has elapsed, therefore is still in force the Warrant of Arrest against GEORGES LOUIS WATTERWALD, KARIN WATTERWALD, CAUSBLE GULLERS and JEFFREY MARK LIPPERT, for their alleged responsibility in the commission of the offense of FRAUD committed in harm of BERNARD EVERET ADDY and CO-OFFENDED.- Criminal Court of the Second Judicial Party of Chapala, Jalisco, May 17th, 2002.- SO BE IT

CLERK
(SIGNED)
OSCAR MARTIN GONZALEZ ROMERO