UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KARIN ELENA CAUSBIE-GULLERS, | ) | CASE NO. 07 CV 2368 JM WMc |
| | ) | |
| Petitioner, | ) | Related Case No. 06mj1674-AJB |
| | ) | Related Case No. 06cv1659-JTM |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| RAUL DAVID BEJARANO, United States Marshal for the Southern District of California. | ) ) ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Robert Ciaffa, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of GOVERNMENT'S RESPONSE AND OPPOSITION TO PETITION FOR WRIT OF HABEAS CORPUS on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Steven L. Barth, Esq.**
**Federal Defenders of San Diego**
**225 Broadway, Suite 900**
**San Diego, CA 92101**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2008.

/s/ Robert Ciaffa

_____
ROBERT CIAFFA