1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15

| | |
|---|---|
| KARIN ELENA CAUSBIE GULLERS, | CASE NO. 07cv2368 JM(WMc) |
| Petitioner, | ORDER STAYING ACTION |
| vs. | |
| RAUL DAVID BEJARANO, | |
| Respondent. | |

16
17
18
19
20
21
22
23
24

    On December 18, 2007, Petitioner Karin Elena Causbie Gullers, a United States citizen proceeding with counsel, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C §2241(c)(3) ("Petition") challenging Magistrate Judge Anthony Battaglia's order of extradition entered on December 15, 2007. This is Petitioner's second petition for writ of habeas corpus before this court related to criminal fraud charges filed against her in the Republic of Mexico.  In the first case, Case No. 06cv1659 JM AJB, the court denied the petition for a writ of habeas corpus on January 8, 2007, and Petitioner appealed to the Ninth Circuit arguing, among other things, that the Republic of Mexico did not issue an arrest warrant within the required statute of limitations period.

25
26
27
28

    The issues raised in both cases relate to the Mexican statute of limitations and that issue has been argued before the Ninth Circuit and the parties are awaiting a decision on that appeal.  In light of the substantial similarity of the issues in both cases, the decision by the Ninth Circuit will likely resolve the issues raised in the present

1   Petition. While a stay is an extraordinary remedy, a short stay is presently warranted as

2   the Ninth Circuit decision will likely be dispositive of the issues in this case.

3   Accordingly, the court stays the present Petition pending resolution of the appeal in

4   Case No. 06cv1659 JM(AJB).

5         **IT IS SO ORDERED.**

6   DATED:  March 18, 2008

7   _____

8   Hon. Jeffrey T. Miller
    United States District Judge

9   cc:        All parties

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07cv2368