# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Causbie

V.

**JUDGMENT IN A CIVIL CASE**

Bejarano

CASE NUMBER: 07cv2368-JM(WMC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court denies the petition for a writ of habeas corpus......................................................................
.................................................................................................................................................................

| July 14, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON July 14, 2009

07cv2368-JM(WMC)