UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| KARIN ELENA CAUSBIE GULLERS, | ) | Case No. 07CV02368-JM-WMC |
| | ) | |
| Petitioner, | ) | [Related Cases: 06CV1659, 06MJ0603, 06MJ1674] |
| | ) | |
| v. | ) | **ORDER TO EXONERATE** |
| | ) | **BOND AND CLOSE INTEREST** |
| | ) | **BEARING ACCOUNT AND** |
| RAUL DAVID BEJARANO, United States | ) | **DISBURSE FUNDS** |
| Marshal for the Southern District of California, | ) | |
| | ) | |
| Respondent. | ) | |

**IT IS HEREBY ORDERED**, good cause having been shown, that the bond in the above-captioned case, with respect to Defendant Karin Elena Causbie Gullers be exonerated and that the Clerk release the amount of $10,000 plus interest, from the interest bearing account in the above-captioned case to John Assaraf, P.O. Box 1951, Rancho Santa Fe, California, 92067.

**IT IS FURTHER ORDERED** that the Clerk is authorized to deduct ten percent of the earned interest, as authorized by the Judicial Conference of the United States.

**IT IS SO ORDERED**.

DATED:  April 7, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

07CV2368 JM